UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN TRAVERS,<br><br>                Plaintiff,<br><br>    vs.<br><br>CEREVEL THERAPEUTICS HOLDINGS, INC., TONY COLES, RON RENAUD, MARIJN DEKKERS, DOUGLAS GIORDANO, CHRIS GORDON, ADAM KOPPEL, NORBERT RIEDEL, GABRIELLE SULZBERGER, RUTH MCKERNAN, DEVAL PATRICK, DEBORAH BARON, and SUNEET VARMA.<br><br>                Defendants. | Case No.: 1:24-cv-00493-JSR<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff John Travers ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 23, 2024

                                              **BRODSKY & SMITH**

                                    By: *Evan J. Smith*
                                              Evan J. Smith
                                              240 Mineola Boulevard
                                              Mineola, NY 11501
                                              Phone: (516) 741-4977
                                              Facsimile (561) 741-0626

                                              *Attorneys for Plaintiff*